```
 1  CRAIG H. MISSAKIAN (CABN 125202)
    United States Attorney
 2
    MARTHA BOERSCH (CABN 126569)
 3  Chief, Criminal Division

 4  CYNTHIA JOHNSON (CABN 328932)
    Special Assistant United States Attorney
 5
        1301 Clay Street, Suite 340S
 6      Oakland, California 94612
        Telephone: (510) 637-3680
 7      FAX: (510) 637-3724
        Cynthia.Johnson@usdoj.gov
 8
    Attorneys for United States of America
 9
```

FILED

6/4/25

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4:25-cr-00148 AMO |
|---|---|
| Plaintiff, | ) |
| v. | ) MOTION AND [PROPOSED] ORDER FOR SUMMONS |
| TAMIM GHULAM HAIDAR, | ) |
| Defendant. | ) |

The government requests under Federal Rule of Criminal Procedure 58(d)(3) that the Court issue a summons for defendant TAMIM GHULAM HAIDAR. The facts set forth in the declaration demonstrate probable cause that the defendant committed the crime charged in the Information filed in the above-captioned matter.

//
//
//
//
//

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS

A summons commanding the defendant to appear to answer the Information that has been filed by the United States Attorney is therefore appropriate.

Dated: June 4, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/
CYNTHIA JOHNSON
Special Assistant United States Attorney

MOTION FOR SUMMONS
AND [PROPOSED] ORDER FOR SUMMONS