CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

> **FILED**
>
> 6/4/25
>
> Mark B. Busby
> CLERK, U.S. DISTRICT COURT
> NORTHERN DISTRICT OF CALIFORNIA
> OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) Case No. 4:25-cr-00148 AMO |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER FOR SUMMONS |
| v. | ) |
| TAMIM GHULAM HAIDAR, | ) |
| Defendant. | ) |

**[~~PROPOSED~~] ORDER**

Having reviewed the Declaration of Cynthia Johnson, the Court finds that probable cause exists to believe that the offense charged in the Information filed in the above-captioned matter was committed and that the Defendant committed it. Accordingly, pursuant to Fed. R. Crim. P. 58(d)(3), the Clerk of the Court is directed to issue a Summons directing the defendant TAMIM GHULAM HAIDAR, to appear on June 18, 2025, at 10:30 a.m. before Magistrate Judge Alex G. Tse to answer the Information that has been filed by the United States Attorney.

**IT IS SO ORDERED.**

Dated: June 4, 2025

                                              HON. ROBERT M. ILLMAN
                                              United States Magistrate Judge